UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN B. WILSON AND JBW CAPITAL LLC,<br><br>        Defendants. | Case No. 12-CV-11799 (RGS) |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that the U.S. Commodity Futures Trading Commission, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the denial of restitution in the MEMORANDUM AND ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket Entry #67) entered on May 16, 2014, the MEMORANDUM AND ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION (Docket Entry #70) entered on July 17, 2014, and the Court's FINAL JUDGMENT FOR PERMANENT INJUNCTION AND CIVIL MONETARY PENALTY (Docket Entry # 77) entered on October 5, 2014, only to the extent it fails to impose restitution.

November 20, 2014                                                        Respectfully submitted,

                                                                                *W. Derek Shakabpa*
                                                                                W. Derek Shakabpa
                                                                                wshakabpa@cftc.gov
                                                                                David Acevedo
                                                                                dacevedo@cftc.gov
                                                                                Attorneys for Plaintiff

                                        Commodity Futures Trading Commission
                                        140 Broadway, 19th Floor
                                        New York, NY 10005
                                        (646) 746-9748
                                        (646) 746-9940 (facsimile)

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for Defendants John B. Wilson and JBW Capital LLC by mail and ECF Notice on November 20, 2014.

Philip Giordano, Esq.
Reed & Giordano
101 Tremont Street, Ste. 900
Boston, MA 02108
(617) 723-7755
pgiordano@reedgiordano.com
Attorneys for Defendants

                                        *W. Derek Shakabpa*
                                        Attorney for Plaintiff